IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN NICOLAIDES, ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-1762 |
| BANK OF AMERICA CORPORATION : | |
| *formerly known as* COUNTRYWIDE HOME : | |
| LOANS, INC., ET AL. | |

## ORDER

**AND NOW**, this <u>  11th  </u> day of <u>  July  </u>, 2012, upon consideration of Defendants' Motion to Dismiss, (ECF No. 16.), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED** as to all claims by Plaintiff Steven Nicolaides.

2. The Motion is **GRANTED** as to all claims by Plaintiff Roberta Nicolaides with the exception of Plaintiff Roberta Nicolaides's claim in Count I for failure to provide sufficient notices of the right to rescind.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**